UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY MILLER,<br><br>                Plaintiff,<br>    v.<br><br>CITY OF TUMWATER,<br><br>                Defendants. | No. 3:22-CV-5906-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION FOR DISMISSAL (DKT. NO. 5.) |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. No. 5).

(2) The Application to Proceed IFP (Dkt. 3) is denied and this case is dismissed without prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

Dated this 23rd day of February, 2023.

*[signature]*

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1